ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMMADOV,<br><br>        Plaintiff,<br><br>        v.<br><br>EDLOW, ET AL.,<br><br>        Defendants. | Case No.:    2:26-CV-00673-DJC-CKD<br><br>**STIPULATION FOR EXTENSION OF TIME** |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. Plaintiff's complaint seeks relief under the Administrative Procedures Act relating to his filing of Form I-485, Application to Adjust Status under the Immigration and Nationality Act; Plaintiff served Defendants with this complaint on March 6, 2026. The current deadline for Defendants to respond is May 5, 2026. Since service of the Complaint, Defendant USCIS scheduled Plaintiff's interview and on April 23rd, Plaintiff appeared for this interview. The agency is presently advancing the administrative process and in the interest of allowing the process to continue, the parties wish to extend the deadline for Defendants to respond for approximately ninety days. Accordingly, the parties stipulate that the new date for Defendants to file an answer or other appropriate pleading is August 3, 2026. The parties further request that all other filing deadlines be similarly extended.

///

1
JOINT STIPULATION TO EXTEND

DATED:  April 27, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By:  /s/ Catherine J. Swann

CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By:  */s/ Chimnaz Shahbazzade (as authorized on April 27, 2026)*

CHIMNAZ SHAHBAZZADE
Counsel for Plaintiff Samir Mammadov

JOINT STIPULATION TO EXTEND

ORDER

IT IS SO ORDERED.


Dated:  April 28, 2026                    /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO EXTEND